IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-32-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **REASSIGNMENT ORDER** |
| | ) |
| JESSE LEE KUHL, | ) |
| Defendant. | ) |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable Malcolm J. Howard, Senior United States District Judge, for all further proceedings. **All future documents should reflect the revised case number of 5:15-CR-32-H-1.**

This 13th day of April, 2016.

_____
JULIE RICHARDS JOHNSTON, CLERK